

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

Nicholas Saady

Direct Tel: 212-326-0109
Direct Fax: 212-326-0806
nsaady@pryorcashman.com

June 22, 2023

<u>VIA ECF</u>

Hon. Mae A. D'Agostino, U. S. D. J.
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, New York 12207

Re:   *Town of Salina, New York v. CWP Syracuse I LLC* – Case No. 5:23-cv-00748 – Parties' Prior Stipulation Regarding Defendant's Time to Respond to Complaint and Compliance with Rule 3 of Your Honor's Individual Rules

Dear Judge D'Agostino:

We are counsel to Defendant CWP Syracuse I LLC in the above-referenced Action, which was removed from the New York Supreme Court in Onondaga County on June 16, 2023. Prior to the removal of this Action, the parties had stipulated and agreed that Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint would be adjourned to July 13, 2023. A true and correct copy of the signed stipulation, filed on the state court docket (Town of Salina, New York v. CWP Syracuse I LLC; Case No. 005226/2023) as NYSCEF Document No. 26, is attached hereto as **Exhibit A**.

Upon removal of the case, Your Honor understandably set a date of June 23, 2023, on or before which Defendant would be required to respond to the Complaint. We respectfully request that Your Honor order the docket be amended to reflect the stipulated date of July 13, 2023 as the date by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint.

Further, pursuant to Rule 3 of Your Honor's Individual Rules, we respectfully advise that Defendant first received a copy of the Summons and Complaint filed in the state court action on May 23, 2023, and was served with the same on May 24, 2023.

Respectfully submitted,

Nicholas Saady

CC:   All counsel (via ECF)