# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA

TOWN OF SALINA,

                Plaintiff,

-against-

CWP SYRACUSE I LLC,

                Defendants.

Index No. 005226/2023

**STIPULATION GOVERNING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Town of Salina and Defendant CWP Syracuse I LLC (together, the "Parties"), through their undersigned counsel, that the time for Defendant CWP Syracuse I LLC to answer, move, or otherwise respond to the Complaint dated May 23, 2023 is extended to Thursday, July 13, 2023.

The Parties further agree this Stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original, and electronic signatures shall be deemed original signatures.

Dated: June 13, 2023

/s/ Itai Y. Raz
Todd E. Soloway
Itai Y. Raz
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100

*Attorneys for Defendant*
  *CWP Syracuse I LLC*

Dated: June 13, 2023

/s/ Joseph V. Frateschi
Joseph V. Frateschi
BALDWIN, SUTPHEN & FRATESCHI, PLLC
126 North Salina Street, Suite 400
Syracuse, New York 13202
(315) 477-0100

*Attorneys for Plaintiff Town of Salina*