**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

333 WEST WASHINGTON ST., SUITE 200
SYRACUSE, NY 13202
(315) 423-7100

**DAVID M. CAPRIOTTI ESQ.**

FAX:      (315) 422-9331
DCAPRIOTTI@HARRISBEACH.COM

August 7, 2023

**VIA ECF**

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, NY 12207

      RE:    <u>Town of Salina, New York v. CWP Syracuse I LLC- 5:23-cv-00748</u>

Dear Judge D'Agostino:

      Plaintiff Town of Salina, New York ("Salina") respectfully requests an eight-day extension of time to file a reply in support of its motion to remand (ECF No. 22) to August 16, 2023.

      The original deadline for the reply is August 8, 2023. No previous requests for adjournment or extension have been made by Salina. This morning, I e-mailed Counsel for Defendant CWP Syracuse I, LLC ("CWP") to seek CWP's consent to the extension. I learned that Mr. Amsellem is presently out of the country until tomorrow. Thereafter, at approximately 9:24 a.m., I e-mailed Messrs. Soloway, Keating and Marcus, for the purpose of seeking CWP's consent to my request for an extension of time. Unfortunately, I have not received a response as of the drafting of this letter.

      I do not believe this requested extension would affect any other scheduled dates.

      Thank you for the Court's consideration.

      Very truly yours,

      HARRIS BEACH PLLC

      <u>/s/ David M. Capriotti</u>

      David M. Capriotti Esq.